**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> VS. <br><br> **COURTNEY WILSON,** <br><br> Defendant | NO. 5: 06-MJ-11-11 (CWH) <br> REMOVAL PROCEEDINGS <br> No. 1:06-CR-454 N.D.Ga <br><br> VIOLATION(S): Firearms Related |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned, the defendant opting to proceeding with consideration of pretrial detention in the district of his arrest. The defendant was represented by Mr. Lester Miller of the Macon Bar; the United States was represented by Assistant U. S. Attorney Richard Moultrie. Based upon the evidence presented to the court by the government and the contents of the Pretrial Service Report dated December 1, 2006, as well as argument and comments of counsel, I conclude that the following facts require the detention of the defendant pending the trial of this case

### PART I - FINDINGS OF FACT

☐ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence presented at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated December 1, 2006, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of defendant WILSON and the safety of the community were he to be released from custody at this time. The offense charged against the defendant is a serious one for which long-term imprisonment may be imposed in the event of a conviction after trial or a plea of guilty. The weight of evidence is strong; defendant WILSON appears to be a convicted felon and had in his possession at his residence a loaded firearm at the time of his arrest. Testimony of Agent John Paul Gray of ATF established this defendant's involvement over a significant period of time in an illegal purchase of firearms scheme in Georgia for sale in Massachusetts. This defendant appears to be the leader of a ring engaged in this activity going back to April of 2005.

**Although defendant WILSON has but one prior felony <u>conviction</u> (Larcency of a Motor Vehicle, 1999, Dorchester, Massachusetts), he has a history of <u>arrests</u> for various offenses (Assault, Possession of Marijuana, Shoplifting, firearms offenses, and traffic offenses) going back some eleven years.**

**For the foregoing reasons, pretrial detention is mandated and is SO ORDERED AND DIRECTED.**

### PART III - DIRECTIONS REGARDING DETENTION

**The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.**

**SO ORDERED, this 4th day of DECEMBER, 2006.**



*signature: Claude W. Hicks, Jr.*

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**