IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>COURTNEY WILSON,<br>　　　　　　Defendant | NO. 5: 06-MJ-11-11 (CWH)<br><br>REMOVAL PROCEEDINGS<br>FROM THE NORTHERN DISTRICT OF GEORGIA<br>No. 1: 06-CR-454 |

# ORDER OF REMOVAL

The above-named defendant is charged in an INDICTMENT with violations of 18 U.S.C. §924(a)(1)(A), §2, §371, §922(g), alleged to have been committed in the **NORTHERN DISTRICT OF GEORGIA**.

**Brief Description of Charge:**

**FIREARMS VIOLATIONS**

After a hearing under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant has been admitted by the defendant.

Defendant WILSON requested a DETENTION HEARING in the district of arrest, and the undersigned this day conducted the same, finding that pretrial detention is required. A separate order detaining defendant WILSON has been this day entered.

ACCORDINGLY, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him/her with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him/her, all proceedings required by Rules 5/40 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 4th day of DECEMBER, 2006.

　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE